**Ambrocio BARIA, Jr., Petitioner,**

v.

**Michael B. MUKASEY, Attorney
General, Respondent.**

No. 06–70552.

United States Court of Appeals,
Ninth Circuit.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Dec. 17, 2008.*

Filed Dec. 29, 2008.

Benson Lee, Benson Lee & Associates, Las Vegas, NV, for Petitioner.

NVL–District Counsel, Office of the District Counsel, Department of Homeland Security, Las Vegas, NV, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Virginia Lum Fax, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, TROTT, and RYMER, Circuit Judges.

MEMORANDUM **

Ambrocio Baria, Jr., a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

We reject Baria's contention regarding his allegedly defective criminal conviction, as we cannot collaterally revisit the circumstances of the conviction. *See Ortega de Robles v. INS,* 58 F.3d 1355, 1358 (9th Cir.1995).

We lack jurisdiction over Baria's contentions that he was denied his statutory right to counsel and that he is eligible for relief from removal because he did not raise these claims before the BIA. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir. 2004) (exhaustion of claims within the agency's competence is mandatory and jurisdictional).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

